# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

February 9, 2010

Edgar Page
Attorney at Law
P.O. Box 2837
San Francisco, CA 94126

Re: **Zeferino Ortiz Vasquez v. Martel**
**CIV.S-09-3141 GEB GGH**

Dear Mr. Page:

This will confirm your appointment as counsel by the Honorable, Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named client. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

Kurt Heiser
CJA Administrator

**FILED**

FEB  9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

:kch
Enclosures

cc: Clerk's Office

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| CAE | Ortiz Vasquez, Zeferino | | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>2:09-003141-001 | | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>Ortiz Vasquez | 8. PAYMENT CATEGORY<br>Other | | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions)<br>Habeas Corpus | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Page, Edgar B.<br>Page & Page Attorneys at Law<br>P.O. Box 2837<br>San Francisco CA 94126-2837<br><br>Telephone Number: (415) 986-4558 | ☒ O  Appointing Counsel           ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender    ☐ R  Subs For Retained Attorney<br>☐ P  Subs For Panel Attorney      ☐ Y  Standby Counsel<br>Prior Attorney's Name: _____<br>Appointment Date: _____<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or<br>☐ Other (See Instructions)<br><br>**GREGORY G. HOLLOWS**<br>Signature of Presiding Judicial Officer or By Order of the Court<br>12/17/2009                 \_\_\_\_25\_,2010<br>Date of Order                Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | |

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $     )  TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $     )  TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM _____  TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number \_\_\_\_   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____ Date: _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)  Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |
|---|---|---|---|---|